

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Noemi Dominguez,                           * From the County Court at Law
                                             of Midland County,
                                             Trial Court No. CC24296.

No. 11-24-00052-CV                         * May 9, 2024

Goldman Sachs Bank USA,                    * Memorandum Opinion by Bailey, C.J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

　　　This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Noemi Dominguez.